UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEREE WEBSTER,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Civil Action No.<br><br>21-06449 (SDW) (JRA)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a status conference on June 21, 2022, and for good cause shown,

**IT IS, on this 21st day of June 2022, ORDERED** that the Pretrial Scheduling Order entered **September 15, 2021** (ECF No. 19), as subsequently amended, is hereby further amended as follows:

1. The parties shall complete all outstanding depositions relating to fact discovery by **August 15, 2022**. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **August 1, 2022**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

2. All affirmative expert reports shall be delivered by **September 1, 2022**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **October 3, 2022**. Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **November 2, 2022**.

5. The parties shall appear for a telephonic status conference before the undersigned on **August 25, 2022, at 3:30 p.m.** Prior to the conference, but no later than August 18, 2022, the parties shall file a joint letter not to exceed five (5) pages summarizing the relevant facts, the respective legal positions, the status of the case, and any other issues that need to be addressed by the Court. The dial-in information for the conference is (888) 684-8852, access code 1364268#.

6. The settlement conference scheduled for **July 28, 2022, at 10:00 a.m.** is adjourned.

                                                */s/ José R. Almonte*
                                                **JOSÉ R. ALMONTE**
                                                **UNITED STATES MAGISTRATE JUDGE**